NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEPHEN D. WHELAN,

        Appellant,

v.

CITY OF TREASURE ISLAND,

        Appellee.

Case No. 2D18-3912

Opinion filed June 14, 2019.

Appeal from the Circuit Court for
Pinellas County; Jack Day, Senior Judge.

Stephen D. Whelan, pro se.

John M. Janousek and Dale A. Scott
of Bell & Roper, P.A., Orlando, for
Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, KELLY, and SMITH, JJ., Concur.